

PO Box 18475
Oklahoma City, OK 73154-0475

(866) 264-9762
FAX (855) 813-2224
DLcustserv@osla.org
www.OSLA.org

November 3, 2020



FILED
VANESSA L. ARMSTRONG, CLERK
NOV - 9 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

US District Court, Western District
601 W Broadway
106 Gene Snyder U S Courthouse
Louisville KY 40202

To Whom It May Concern:

OSLA has received a copy of the Summons in a Civil Action naming OSLA as a defendant in the case #3:20-CV-00702. OSLA is a lender / servicer for federal student loans. We are a contractor that provides servicing for federal student loans owned by the U.S. Department of Education. As a contractor, for any loans serviced by OSLA for the U.S. Department of Education, we must refer any action naming the contractor as a defendant to the Department where it will be evaluated for an appropriate response. In addition, we are to advise that all requests for records to which a contractor has access must be made directly to the Department, where it will be evaluated for compliance with the requirements of the Privacy Act. Please see the information in the following paragraph to make your request:

> All federal loan servicers, private collection agencies, and other Department contractors who support the federal student aid programs must comply with the requirements of the Privacy Act when they access or use Privacy Act-protected records of the Department. All records maintained in any Department systems of records to which the Department provides its contractors access remain at all times records of the Department, not records of a contractor. Any request from any third party for Department records to which a contractor has access must be made directly to the Department, where it will be evaluated for compliance with the requirements of the Privacy Act, unless the contract has specifically provided otherwise.
>
> The procedures for submitting Privacy Act and Freedom of Information Act requests to the Department are found at 34 CFR Part 5 Subpart C and § 5b.5 and on the Department's website, respectively, at:
> http://www.ed.gov/policy/gen/leg/foia/request_privacy.html; and
> http://www.ed.gov/policy/gen/leg/foia/request_foia.html

Please let me know if you have further questions. Also, please advise whether there is any further action that OSLA needs to take at this time regarding this document. Thank you.

Sincerely,

Stacy Prince
Support Services Supervisor

Cc   David W Hemminger
Hemminger Law Office, PSC
331 Townepark Cir., Ste. 100-C
Louisville KY 40243






**OSLA STUDENT LOAN SERVICING**
P.O. BOX 18475
OKLAHOMA CITY, OK 73154-0475

**U.S. Department of Education**
Information about your federal student loan

**ADDRESS SERVICE REQUESTED**

US District Court, Western District
601 W Broadway
106 Gene Snyder U S Courthouse
Louisville KY 40202

FILED
VANESSA L. ARMSTRONG, CLERK
NOV - 9 2020
U.S. DISTRICT COURT
WESTN. DIST. KENTUCKY