IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| GEORGE HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:20-cv-00702-CRS |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, ET AL., | ) ) | |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT

Comes the Plaintiff, George Hunter, and hereby advises the Court that Plaintiff anticipates filing Motion for Entry of Default within 30 days regarding Defendant, Oklahoma Student Loan Authority.

Respectfully submitted,

*/s/David W. Hemminger*
David W. Hemminger
Hemminger Law Office, PSC
331 Townepark Circle, Ste. 100-C
Louisville, KY 40243
(Tel) 502.443.1060
(Fax) 502.873.5300
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*