UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| GEORGE HUNTER,<br>      *Plaintiff*<br><br>v.<br><br>OKLAHOMA STUDENT LOAN AUTHORITY,<br>      *Defendant* | )<br>)<br>)<br>)   Case No. 3:20-cv-00702-CRS<br>)        *Electronically Filed*<br>)<br>)<br>)<br>) |

## **LIMITED NOTICE OF APPEARANCE**

W. Craig Robertson III and Thomas E. Travis of the firm Wyatt, Tarrant & Combs, LLP, hereby serve this Limited Notice of Appearance on behalf of Defendant, Oklahoma Student Loan Authority ("OSLA") for the purpose of filing a responsive pleading to the Plaintiff's Complaint. Only the undersigned represents OSLA in this lawsuit.

Respectfully submitted,

   */s/Thomas E. Travis*
W. Craig Robertson III
wrobertson@wyattfirm.com
Thomas E. Travis
ttravis@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky  40507-1746
859.233.2012
*Counsel for Defendant, Oklahoma Student Loan Authority*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 31st day of March, 2021, I electronically filed the foreginog document with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record:

David W. Hemminger
hemmingerlawoffice@gmail.com
HEMMINGER LAW OFFICE, P.S.C.
331 Townepark Circle, Suite 100-C
Louisville, Kentucky 40243
*Counsel for Plaintiff*

                 */s/ Thomas E. Travis*
                 *Counsel for Defendant*