UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| GEORGE HUNTER,<br>*Plaintiff* | )<br>)<br>) |
| v. | ) Case No. 3:20-cv-00702-CRS<br>) *Electronically Filed* |
| OKLAHOMA STUDENT LOAN<br>AUTHORITY,<br>*Defendant* | )<br>)<br>) |

## ORDER

This matter having come before the Court upon Defendant, Oklahoma Student Loan Authority's ("OSLA") Motion to Dismiss, and there having been no objection filed thereto and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that OSLA's Motion is **GRANTED** and Plaintiff's Complaint is and shall be **DISMISSED WITH PREJUDICE**. There being no just cause for delay, this Order shall be final and appealable.

May 14, 2021

Charles R. Simpson III, Senior Judge
United States District Court